UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GARZON CASTANEDA JOHN HAIRO,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

No. 5:26-cv-03536-MWF-SK

**~~[PROPOSED]~~ ORDER DENYING PETITION AS MOOT**

On September 24, 2026, Respondents filed a Notice of Removal and Suggestion of Mootness confirming that Petitioner was removed from the United States to Colombia on September 9, 2026. As a result of Petitioner's removal, he is no longer subject to immigration detention or any other condition from which the Court can grant relief. Because no further relief can be given to Petitioner by the Court, the Petition is moot and must be dismissed. *See Calderon v. Moore,* 518 U.S. 149, 150 (1996); *Ruvalcaba v. City of Los Angeles,* 167 F.3d 514, 521 (9th Cir. 1999).

For the reasons discussed above, it is ORDERED that the Petition is denied as moot, and Judgment will be entered dismissing this action without prejudice.

IT IS SO ORDERED.

Dated: September 25, 2026

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE