**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GARZON CASTANEDA JOHN HAIRO,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

No. 5:26-cv-03536-MWF-SK

**~~[PROPOSED]~~ JUDGMENT**

Pursuant to the Order Denying Petition as Moot filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 25, 2026

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE